UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| KIM COBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.:   2:17-cv-00511-SPC-MRM |
| | ) |
| M.L.S. OF NAPLES, INC., NAPLES | ) |
| AREA BOARD OF REALTORS AND | ) |
| ASSOCIATION OF REAL ESTATE | ) |
| PROFESSIONALS, INC. and | ) |
| MARTIN MANION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF SETTLEMENT

The parties, by and through their undersigned counsel, and pursuant to Middle District Local Rule 3.08(a), hereby submit this Notice of Settlement to advise the Court that a settlement has been reached.

Respectfully submitted,

*s/ Mitchell L. Feldman*
Mitchell L. Feldman, Esq.
Trial Counsel
Florida Bar No. 80349
E-Mail: mlf@feldmanlegal.us
Mitchell L. Feldman, Esq., P.A.
18801 N. Dale Mabry Hwy.#563
Lutz, FL33548
Telephone: (813) 639-9366
Facsimile: (813) 639-9376

Counsel for Plaintiff
Kim Cobb

*s/ Amy L. Garrard*
Amy L. Garrard, Esq.
Trial Counsel
Florida Bar No. 0908711
E-Mail:  amy.garrard@gray-robinson.com
GRAYROBINSON, P.A.
Pelican Bay Financial Center
8889 Pelican Bay Blvd., Suite 400
Naples, FL 34108
Telephone:  (239) 598-3601
Facsimile:  (239) 598-3164

Counsel for Defendants

\638412\1 - # 390625 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system to to Mitchell L. Feldman, Esq. Mitchell L. Feldman, Esq., P.A., 18801 N. Dale Mabry Hwy. #563, Lutz, Florida  33548, mlf@feldmanlegal.us, counsel for Plaintiff, on this 25th day of October, 2017.

*s/ Amy L. Garrard*